

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00176-CV

| | | |
|---|---|---|
| TARRANT COUNTY COLLEGE DISTRICT, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-360359-24) |
| V. | § | October 9, 2025 |
| DIDIER CHAVEZ, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order denying Tarrant County College District's motion to dismiss is affirmed.

It is further ordered that appellant Tarrant County College District shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker